UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Beattie B. Ashmore, as Receiver for the FIP Receivership Entities,<br><br>   Plaintiff,<br><br> v.<br><br>Morris, Manning & Martin, LLP,<br><br>   Defendant. | Case No. 6:23-cv-04592-BHH<br><br>**REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS** |

  Defendant Morris, Manning, & Martin, LLP ("MMM") respectfully requests that the Court allow oral argument on MMM's Motion to Dismiss the Amended Complaint [ECF 23] ("Defendant's Motion"). Plaintiff Beattie B. Ashmore, as Receiver for the FIP Receivership Entities does not take a position on this request.

  MMM respectfully believes that oral argument on this Motion would assist the Court.

          Respectfully submitted,

          **NELSON MULLINS RILEY & SCARBOROUGH LLP**


          By: *s/Samuel W. Outten*
            Samuel W. Outten
            Federal Bar No. 2943
            E-Mail: sam.outten@nelsonmullins.com
            2 W. Washington Street / Suite 400
            Greenville, SC  29601
            (864) 373-2300

          *Attorneys for Morris, Manning & Martin, LLP*

Greenville, South Carolina
February 29, 2024